was held to have been changed by the new law, which could not have been properly done if the accrued duties had been within that saving clause. The tariff act of 1890, upon which In re Gardiner, 53 Fed. 1013, 4 C. C. A. 155, arose, also contained a similar saving clause. The vessel had arrived, and lower duties had accrued, before October 6th, when that part of the act relating to those goods took effect, but the new rate was held applicable. The right of the government to exact duties exists at all times, and was being exercised in the making of these laws; and not that, but individual rights, would seem to be intended in these saving clauses. Judgment reversed.

---

### PASSAVANT et al. v. UNITED STATES.

(Circuit Court, S. D. New York. January 15, 1895.)

No. 2,097.

S. G. Clarke, for Passavant.
Wallace MacFarlane, for the United States.

WHEELER, District Judge. This case is like Burr v. U. S. (66 Fed. 742), except that the liquidation was on August 31st. Judgment reversed.

---

### McCANN v. UNITED STATES.

(Circuit Court, S. D. New York. January 15, 1895.)

No. 2,106.

Hartley & Coleman, for McCann.
Wallace MacFarlane, for the United States.

WHEELER, District Judge. This case is like Burr v. U. S. (66 Fed. 742), except that the liquidation was on September 1st. Judgment reversed.

---

### SCHMID v. UNITED STATES.

(Circuit Court, S. D. New York. February 21, 1895.)

CUSTOMS DUTIES—GOODS IN BOND—ACT JUNE 10, 1890.
    Rev. St. § 2970, imposing an additional duty of 10 per cent. on goods withdrawn from bond more than a year after deposit, is repealed by the customs administrative act of June 10, 1890; and the duties on goods withdrawn after said act went into effect, though deposited before, are those only which are imposed by section 20 of said act.

Appeal by importer from the decision of the board of general appraisers affirming the action of the collector of the port of New York.

The imported merchandise was entered for warehousing prior to July, 1889, and remained there until September, 1890, when it was withdrawn and the duties paid. The collector assessed an additional duty of 10 per cent., under section 2970 of the Revised Statutes. The importer protested against the exaction of this duty, upon the ground that section 2970 had been repealed by the sections 20 and 29 of the customs administrative act, passed June 10, 1890. Section 2970 of the Revised Statutes is as follows: "Any merchandise deposited in bond in any public or private bonded warehouse may